IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW L. RAKERS, as Special
Administrator of the Estate of
MARY A. RAKERS,

Plaintiff,

v.

ETHEX CORPORATION,
KV PHARMACEUTICAL COMPANY,
and WAL-MART STORES, INC.,

Defendants.                                     No. 10-0463-DRH

## ORDER

**HERNDON, Chief Judge:**

On April 19, 2011, plaintiff filed a stipulation of dismissal with prejudice (Doc. 27). Pursuant to the stipulation, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 20th day of April, 2011.

Digitally signed by
David R. Herndon
Date: 2011.04.20
10:18:25 -05'00'

**Chief Judge**
**United States District Court**