IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW L. RAKERS, as Special
Administrator of the Estate of
MARY A. RAKERS,

Plaintiff,

v.

ETHEX CORPORATION,
KV PHARMACEUTICAL COMPANY,
and WAL-MART STORES, INC.,

Defendants.                          No. 10-CV-0463-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 20, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

>                                    **NANCY J. ROSENSTENGEL,**
>                                    **CLERK OF COURT**
>
>                                    BY:      /s/*Sandy Pannier*
>                                              Deputy Clerk

Dated: April 20, 2011

Digitally signed by
David R. Herndon
Date: 2011.04.20
10:20:15 -05'00'

APPROVED:
                CHIEF JUDGE
                U. S. DISTRICT COURT